NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5034

WILLIAM HYDE,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 08-CV-027, Judge Thomas C. Wheeler.

Before LINN, Circuit Judge.

## ORDER

William Hyde submits a petition for a writ of mandamus and an opposition to the United States' motion for an extension of time.

With respect to the mandamus petition, Hyde should include his arguments concerning the merits of his case in the briefs. Hyde may, if he wishes, file a reply brief within 14 days of the date of service of the United States' brief.

Hyde's opposition to the United States' extension motion was not filed within the time required by Fed. R. App. P. 27(a)(3)(A). Thus, Hyde is deemed to have consented to the motion. Fed. Cir. R. 27(a)(5).

Accordingly,

IT IS ORDERED THAT:

The mandamus petition is denied.

FOR THE COURT

APR 14 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 4 2009

JAN HORBALY
CLERK

cc:   William Hyde
       Kirby W. Lee, Esq.

s17

2009-5034                     2